**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| MICHAEL KAPOUSTIN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:00-CV-2416-M |
| § | |
| THE NATIONAL SPECIALIZED § | |
| INVESTIGATIVE SERVICE OF THE § | |
| GOVERNMENT OF BULGARIA, et al., § | |
| § | |
| Defendants. § | |

## ORDER & NOTICE

Plaintiff's Complaint in the above-entitled case was filed November 2, 2000. More than 120 days have since elapsed, and the docket sheet indicates that Plaintiff has not effectuated service on Defendants. Should Plaintiff fail to effectuate service on Defendants, or show good cause why such cannot be done, on or before June 15, 2001, the Court will dismiss this case pursuant to FED. R. CIV. P. 4(m).

SO ORDERED.

DATED: May 29, 2001.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS